UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATISHA CALLOWAY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 18-11274

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

## JUDGMENT

All issues having been resolved by the Court's Order [25] of August 13, 2019,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 13th day of August 2019.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE